ACCEPTED
06-15-00021-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/21/2015 2:42:21 PM
DEBBIE AUTREY
CLERK

# KILGORE MCCOWN, PLLC

## ATTORNEYS & COUNSELORS AT LAW

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/21/2015 2:42:21 PM
DEBBIE AUTREY
Clerk

July 21, 2015

***Via Electronic Filing***
Clerk
Debra K. Autrey
Court of Appeals
Sixth Appellate District
Bi-State Justice Building
100 North State Line Avenue #20
Texarkana, TX   75501

Re:   Appellate Case Number:   06-15-00021-CV
        Trial Court Case Number:   CV-14-41722
        *Sidney B. Hale, Jr., v. City of Bonham*

Dear Clerk:

As of July 1, 2015, the law firm of Helms & Kilgore, PLLC, merged into the new law firm of Kilgore / McCown, PLLC.  Please note the new information below:

Kilgore McCown, PLLC
2201 Main Street, Suite 212
Dallas, TX   75201
214-296-4850 – telephone
972-532-6496 -- facsimile
Dottie Sheffield
dsheffield@kmlawpllc.com
Chris Kilgore
ckilgore@kmlawpllc.com

Thank you for your attention to this matter.

Sincerely,

Dottie Sheffield
Partner

DS/sc

CC:

*Via Facsimile: 281-367-8003*
George A. Coats
Gary L. Evans
Coats & Evans, PC
Post Office Box 130246
The Woodlands, TX   77393-0246